No. 1210. SOUTH HILL NEIGHBORHOOD ASSN., INC., ET AL. *v.* ROMNEY, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Application for injunction, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. *Eugene F. Mooney* for petitioners. *Solicitor General Griswold* in opposition.

No. 1117. ZENITH RADIO CORP. *v.* HAZELTINE RESEARCH, INC. C. A. 7th Cir. Motion to use record in No. 49, October Term, 1968, granted. Certiorari granted. *Thomas C. McConnell, Philip J. Curtis,* and *Francis J. McConnell* for petitioner. *John T. Chadwell, Victor P. Kayser, Joseph V. Giffin, M. Hudson Rathburn,* and *Laurence B. Dodds* for respondent.

No. 882. BOSTON & PROVIDENCE RAILROAD DEVELOPMENT GROUP *v.* BARTLETT, TRUSTEE IN REORGANIZATION, ET AL. C. A. 1st Cir. Certiorari denied. *Armistead B. Rood* for petitioner. *Charles W. Mulcahy, Jr.,* for respondent Bartlett, *Robert W. Meserve* for respondent Boston & Providence Railroad Corporation Stockholders' Committee, and *James Garfield,* for respondent Smith.